BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

DATE: **APRIL 11, 2016**
Time in Court: *60 Minutes*

CRIMINAL CAUSE FOR PLEADING

DOCKET # CR 15-252(S-1)-15 (RJD)

CASE: U.S.A. -v- **ALFREDO HAWIT (ON BOND)**
COUNSEL: **JUSTIN WEDDLE & DINA REZVANI**(Retained)

AUSA: **PAUL TUCHMANN & AMANDA HECTOR**
SPANISH INTERPRETER: MARIO MICHELENA

COURTREPORTER: *LISA SCHMID*

- X  CASE CALLED FOR PLEADING.
- X  DEFENDANT SWORN.

- X  DEFENDANT WITHDRAWS PREVIOUSLY ENTERED PLEA OF NOT GUILTY AND ENTERS A PLEA OF GUILTY TO COUNTS *1, 31, 65 AND 92* OF THE NINETY-TWO(92) COUNT SUPERSEDING INDICTMENT(S-1).

- X  COURT FINDS THAT THE PLEAS WERE MADE KNOWINGLY & VOLUNTARILY AND NOT COERCED. COURT FINDS FACTUAL BASIS FOR THE PLEAS & ACCEPTS THE PLEAS OF GUILTY.

- X  SENTENCE SCHEDULED FOR: **OCTOBER 7, 2016 AT 10:00AM.**

- X  DEFENDANT CONTINUED ON BOND.