**UNITED STATES PRETRIAL SERVICES AGENCY**
**Eastern District of New York**

# MEMORANDUM

**DATE:** November 26, 2018

**TO:** The Honorable Pamela K. Chen
United States District Judge

**RE:** Alfredo Hawit
Dkt. No: 15CR00252-15
Request for Modification of Release Conditions

The above-referenced defendant was extradited from Switzerland and charged with Racketeering, in violation of 18 U.S.C. § 1962; Wire Fraud, in violation of 18 U.S.C. § 1349; Witness Tampering, in violation of 18 U.S.C. § 1512; and Obstruction of Justice, in violation of 18 U.S.C. § 73. He made his initial appearance in this district before United States Magistrate Judge Robert M. Levy on January 13, 2016, and a temporary order of detention was set in place. On January 21, 2016, the defendant appeared for a detention hearing before U.S. Magistrate Judge Levy and was ordered released on a $1 million collateral bond, secured by $50,000 cash with additional bail conditions including, but not limited to electronic monitoring with home detention at his daughter's residence at the address in the Pretrial Services Report (12555 Northwest 57th Place, Parkland, Florida 33076). On April 11, 2016, the defendant entered a guilty plea before Senior United States District Judge Raymond J. Dearie. On April 27, 2016, Your Honor removed the home detention condition, replacing it instead with the condition that Mr. Hawit abide by a curfew—spending nights (as defined by pretrial) in the home of his daughter—and restricting his daytime movements to Broward County. On March 14, 2018, the curfew and Location Monitoring condition were removed by Your Honor. He is scheduled to appear before Your Honor for sentencing on February 9, 2019. Because the defendant is living in the Southern District of Florida, he is being supervised by the Probation Department (hereinafter "SDFL Probation") in that district.

On September 14, 2018, Pretrial Services was informed by the SDFL Probation that due to financial issues, the defendant's daughter was forced to vacate her residence, with the result that the defendant relocated elsewhere in the Southern District of Florida. Though the defendant communicated with his SDFL Probation officer about the residence change, it is the view of our office that such a residence change required a bail modification order. However, we have communicated with both AUSA Keith Edelman and defense counsel Justin Weddle about the issue, and it was their understanding the residence condition was connected to the now removed home detention or curfew conditions, and thus that no bail modification was required when the defendant was forced to relocate his residence. Defense counsel Weddle, in cooperation with Pretrial Services, was able to provide acceptable assurances that the defendant's new residence is a suitable one.

Pretrial Services is respectfully requesting a bond modification that the defendant's residence condition be "as approved by Pretrial Services." Both AUSA Edelman and defense counsel Weddle were made aware of this proposed modification and consent. A proposed order is attached. Should Your Honor have any questions or concerns, please do not hesitate to contact Officer Shavoy Atkinson at (718) 613-2241.

| Prepared by: | *Shavoy Atkinson* | Approved by: | *Michael Ilaria* |
|---|---|---|---|
| | Shavoy Atkinson | | Michael Ilaria |
| | U.S. Pretrial Services Officer | | Supervising U.S. Pretrial Services Officer |

**RE:** Alfredo Hawit
**Dkt No.:** 15CR00252-15

IT IS THE ORDER OF THE COURT THAT:

☐   The defendant's conditions of release be modified such that the defendant must maintain a residence as approved by Pretrial Services.

☐   No action with regard to the defendant's condition of release is to take place at this time.

☐   Other: _____

SO ORDERED,

_____
Honorable Pamela K. Chen
United States District Judge

_____
Date

cc: AUSA Keith Edelman
    Defense counsel Justin Weddle