# Weddle Law

Justin S. Weddle
+1-212-859-3492 (o)
+1-347-421-2062 (m)
jweddle@weddlelaw.com

May 7, 2019

**Via ECF**

Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *United States v. Hawit*, 15 Cr. 252 - Request to Adjourn Sentencing

Dear Judge Chen:

I write respectfully to request that the sentencing in the above-referenced matter, which is currently scheduled for May 16, 2019 at 10:00 a.m., be adjourned to a date convenient to the Court in August 2019. I have consulted with AUSA Keith Edelman, and the Government consents to the requested adjournment. The Court has granted four prior requests for adjournments. Thank you for your consideration.

Very truly yours,

WEDDLE LAW PLLC

Justin S. Weddle