# Weddle **Law**

Justin S. Weddle
212-997-5518 (o)
347-421-2062 (m)
jweddle@weddlelaw.com

July 29, 2019

**By ECF**

Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   United States v. Hawit, 15 Cr. 252 - Request to Adjourn Sentencing

Dear Judge Chen:

   I write respectfully to request that the sentencing in the above-referenced matter, which is currently scheduled for August 1, 2019, be adjourned to a date convenient to the Court in December 2019. I have consulted with AUSA Keith Edelman, and this is a joint application of the parties. The Court has granted five prior requests for adjournments. Thank you for your consideration

                                Very truly yours,

                                WEDDLE LAW PLLC

                                Justin S. Weddle