

Justin S. Weddle
212 - 997 - 5518 (o)
347 - 421 - 2062 (m)
jweddle@weddlelaw.com

November 19, 2019

**By ECF**

Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     **United States v. Hawit, 15 Cr. 252 - Request to Adjourn Sentencing**

Dear Judge Chen:

    I write respectfully to request that the sentencing in the above-referenced matter, which is currently scheduled for December 2, 2019, be adjourned to a date convenient to the Court on or after April 20, 2020. I have consulted with AUSA Keith Edelman, and this is a joint application of the parties. The Court has granted six prior requests for adjournments. Thank you for your consideration.

                    Very truly yours,

                    *Justin S. Weddle*

                    Justin S. Weddle