

Justin S. Weddle
212 - 997 - 5518 (o)
347 - 421 - 2062 (m)
jweddle@weddlelaw.com

June 15, 2020

**By ECF**

Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     **United States v. Hawit, 15 Cr. 252 - Request for Video Sentencing**

Dear Judge Chen:

    I write respectfully to request that the sentencing in the above-referenced matter, which is currently scheduled for June 29, 2020, be conducted by video or telephone rather than in person, pursuant to Section 15002 of the CARES Act. We respectfully request that Your Honor make a specific finding, pursuant to Section 15002(b)(2) of the CARES Act and Administrative Order 2020-13 (E.D.N.Y. Mar. 30, 2020) (Hon. Roslynn R. Mauskopf, Ch. J.), that the sentencing of Mr. Hawit cannot be further delayed without serious harm to the interests of justice. Mr. Hawit and I have consulted on this issue, and he specifically consents to this remote procedure in light of Chief Judge Mauskopf's finding that for the ninety days commencing on March 30, 2020, sentencings "cannot be conducted in person without seriously jeopardizing public health and safety." The Government also consents to this application.

    As explained in Administrative Order 2020-13, upon the consent of the defendant, and if authorized by the Judicial Conference of the United States and the Chief Judge of the District, the CARES Act permits remote felony sentencings if the Court finds for specific reasons that the sentencing cannot be further delayed without serious harm to the interests of justice.


 We respectfully submit that there are such specific reasons here, since Mr. Hawit is a citizen and resident of Honduras who has been away from his home since his arrest on December 3, 2015. He is eager to receive and complete his sentence for his admitted criminal conduct as soon as possible so that he can return to Honduras, where his wife and three sons live, and where he has lived his entire life, with the exception of the time spent in pretrial detention and in Florida subject to residency and travel restrictions as conditions of release in this matter. At the same time, Mr. Hawit is 68 years of age and facing a number of health conditions, which places him at heightened risk relating to the coronavirus. Thus, travel from Florida to New York, and an in-court appearance, are ill-advised.

 I have consulted with AUSA Keith Edelman, and he has consented to this procedure. Thank you for your consideration.

        Very truly yours,

        */s/ Justin S. Weddle*

        Justin S. Weddle